```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                          9/26/25

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY: _____MRV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00787-JLS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer Using a Deadly or Dangerous Weapon] |
| JONATHAN MICHAEL ALFARO, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)(1), (b)]

On or about September 1, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN MICHAEL ALFARO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim C.M., an employee of Federal Protective Service, while C.M. was engaged in, and on account of, the performance of C.M.'s official duties, and in doing so, made physical contact with C.M., and used a deadly and dangerous weapon, namely, a car.

COUNT TWO

[18 U.S.C. § 111(a)(1), (b)]

On or about September 1, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN MICHAEL ALFARO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim G.D., an employee of Federal Protective Service, while G.D. was engaged in, and on account of, the performance of G.D.'s official duties, and in doing so, used a deadly and dangerous weapon, namely, a car.

                          COUNT THREE

                    [18 U.S.C. § 111(a)(1), (b)]

     On or about September 1, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN MICHAEL ALFARO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim C.G., an employee of Federal Protective Service, while C.G. was engaged in, and on account of, the

//

//

performance of C.G.'s official duties, and in doing so, used a deadly and dangerous weapon, namely, a car.

```
                                        A TRUE BILL


                                        /S/
                                        Foreperson
```

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

NEIL P. THAKOR
Assistant United States Attorney
General Crimes Section