UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No.: 2:25-cr-00787-JLS     Date: 10/06/2025

Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge

Interpreter: N/A     Language: N/A

| Marlene Ramirez | CS 10/06/2025 | Monika Hara |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✔ Present  In Custody
Johnathan Michael Alfaro

Attorneys for Defendants:  ✔ Present  DFPD
Lisa Shinar LaBarre

Proceedings: Arraignment of Defendant and/or
✔ Assignment of Case
   Initial Appearance
   Appointment of Counsel

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Josephine L. Staton.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/18/2025 9:00 AM;
Status Conference: 11/07/2025 8:30 AM
* The parties are referred to Judge Staton's Procedures and Schedules to obtain a copy of the judge's trial order located on the Court's website at www.cacd.uscourts.gov.
Judge Staton is located in 8A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA     PSAED     PSASA
    USMLA     USMED     USMSA
    Statistics Clerk          Interpreter
    CJA Supervising Attorney  Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: MR by TRB